IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DISTRICT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:13CR00118 BSM |
| | ) | |
| DAVID R. HADLEY | ) | |

**ORDER**

The government's motion for summons (docket entry no. 4) is granted. The Clerk is directed to issue a summons for the defendant to appear for Plea and Arraignment. The summons should direct the defendant to appear on Thursday, May 9, 2013, at 1:30 p.m.

IT IS SO ORDERED this __8__ day of May, 2013.

_____
UNITED STATES MAGISTRATE JUDGE